UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| April Maria Kay, | ) | C/A No. 5:13-909-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Plaintiff's application for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 24. Plaintiff documents 15.6 hours of work by her counsel on this matter, for which she seeks a fee award of $2957.21. ECF No. 24-1. She also seeks reimbursement of $376.62 in accrued costs and expenses, making the total award amount sought $3333.83. *Id.* The Commissioner does not object to Plaintiff's Motion. *See* Def.'s Resp. to Pl.'s Pet. for Attorney Fees, ECF No. 25.

The court has considered Plaintiff's Petition and finds Plaintiff satisfies the criteria for such an award and finds the time and rates sought to be reasonable and in accord with applicable law. Having considered Plaintiff's Petition, and in light of the Commissioner's response, the court *grants* Plaintiff's request for EAJA attorney's fees in the amount of $3333.83 and directs the Commissioner to pay such fees to Plaintiff forthwith. Pursuant to *Stephens v. Astrue*, 565 F.3d 131, 137 (4th Cir. 2009), payment should be made directly to Plaintiff as the prevailing party rather than to her attorney.

IT IS SO ORDERED.

October 28, 2014
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge